IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C14-01265 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| KEITH KENNETH KRIEG, | |
| Defendant. | |

On July 3, 2014, the government filed a Motion for Summary Judgment in this case. See Mot. (dkt. 17). Defendants' opposition papers were due no more than 14 days after the Motion was filed. Local Rules Northern District of California, Rule 7-3(a). Defendants have failed to timely oppose the government's Motion. Accordingly, Defendants are ORDERED TO SHOW CAUSE by July 31, 2014 why the government's Motion should not be granted. Failure to timely respond to this Order could result in summary judgment being entered for the government.

**IT IS SO ORDERED.**

Dated: July 24, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE