IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KEITH KENNETH KRIEG,<br><br>    Defendant. | No. C14-01265 CRB<br><br>**ORDER DIRECTING GOVERNMENT TO FILE RESPONSE** |

The Court recently granted the government's Motion for Summary Judgment because of Defendants' failure to respond to the Court's show cause order, and because it found neither a genuine issue of material fact nor any other reason the government was not entitled to judgment as a matter of law. See Order Granting MSJ (dkt. 22). Defendants ask the Court to set aside the judgment, asserting that they were not home in time to see the Court's Order to Show Cause, and arguing that there is a conflict in the dates on some of the government's documents. See generally Void Summary Judgment For Improper Serving Time (dkt. 26). The Court hereby DIRECTS the government to respond by Friday, October 3, 2014 to Defendants' assertions about the dates.

**IT IS SO ORDERED.**

Dated: September 23, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE